IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NABEELA KHALFAN OURREZA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 24-1153-RGA |
| | : |
| UCB, INC., | : |
| | : |
| Defendant. | : |

**ORDER**

This **19th** day of September, 2025, upon consideration of the Magistrate Judge's Report and Recommendation dated August 27, 2025 (D.I. 19), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 19) is **ADOPTED**.

2. Defendant's motion to compel arbitration and stay the proceedings (D.I. 8) is **GRANTED**.

3. The Clerk of Court shall **ADMINISTRATIVELY CLOSE** the case while the arbitration is pending. Within ten (10) days of the completion of arbitration, the parties shall submit a joint status report advising as to the outcome of the arbitration and next steps for this litigation.

/s/ Richard G. Andrews
_____
United States District Judge